UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BADGER MUTUAL INSURANCE COMPANY,

   Plaintiff,

v

#1 BAR AND GRILL LLC D/B/A THE PLAY HOUSE, VIDA GUERRA, ANA CHERI, JENNIFER WALCOTT ARCHULETA, INA SCHNITZER, JAIME EDMONDSON LONGORIA, TARA LEIGH PATRICK, CIELO JEAN GIBSON, JESSICA HINTON, ROSIE JONES, VIVIAN KINDLE, JOANNA KRUPA, LAURIE ANN YOUNG, CAMILA DAVALOS, MARIANA DAVALOS, LUCY PINDER, ABIGAIL RATCHFORD, CARISSA ROSARIO, CLAUDIA SAMPEDRO, TIFFANY TOTH GRAY, SARA UNDERWOOD, IRINA VORONINA, SHEENA LEE WEBER, and MASHA LUND,

   Defendants.

Case No. 2:18-cv-13437
Hon. Victoria A. Roberts
Mag. Judge R. Steven Whalen

**NOTICE OF VOLUNTARY DISMISSAL**

_____/

John R. Prew (P41891)
Nathan Peplinski (P66596)
HARVEY KRUSE, P.C.
Attorneys for Badger Mutual
1050 Wilshire Drive, Suite 320
Troy, MI  48084
(248) 649-7800
jprew@harveykruse.com
npeplinski@harveykruse.com
_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

HARVEY KRUSE
ATTORNEYS & COUNSELORS  •  A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800

NOW COMES Plaintiff, Badger Mutual Insurance Company, by and through its attorneys, Harvey Kruse, P.C., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses, without prejudice, the above captioned cause of action as against all Defendants.

Respectfully submitted,

HARVEY KRUSE, P.C.

*/s/ John R. Prew*
John R. Prew (P41891)
Attorney for Plaintiff
1050 Wilshire Drive, Suite 320
Troy, MI 48084

Dated: February 12, 2019   jprew@harveykruse.com

**PROOF OF SERVICE**

I declare that on February 12, 2019, I served copies of the within pleadings upon all attorneys of record via the Court's electronic filing system.

*/s/ Carolyn R. Urbanik*
Carolyn R. Urbanik